AO 442 (Rev. 1/28/26) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>_____KIAH HOLLY_____<br>*Defendant* | )<br>)  Case No. 3:26-cr- 15-JEP-PDB<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),*   Kiah Holly
_____

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Marriage Fraud
In violation of 18 U.S.C. § 371

Date: __1/29/26__

City and state: __Jacksonville, FL__

_Betsy Davis_
*Issuing officer's signature*

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* __1/29/26__, and the person was arrested on *(date)* __2/4/26__
at *(city and state)* __Baltimore, MD__.

Date: __2/4/26__

*Arresting officer's signature*

Joseph Nichols   SDUSM
*Printed name and title*