Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:26-mj-00287-UA-1

| | |
|---|---|
| Case title: USA v. Fang | Date Filed: 02/04/2026 |
| Other court case number: 3:26-cr-15-JEP-PDB Middle District of Florida - Jacksonville Division | Date Terminated: 02/09/2026 |

Assigned to: Judge Unassigned

**Defendant (1)**

| | | |
|---|---|---|
| Xionghu Fang<br>*TERMINATED: 02/09/2026* | represented by | **Stephen Mullkoff**<br>Stephen Mullkoff, Esquire<br>435 E. 14th St. #11E<br>New York, NY 10009<br>917-655-9000<br>Email: Mullkoff@live.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| 18:371.F Conspiracy to Commit Marriage Fraud | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Adabelle Ekechukwu**<br>DOJ-USAO |

26 Federal Plaza
New York, NY 10278
212-637-1944
Email: adabelle.ekechukwu@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2026 | | Arrest (Rule 5(c)(3)) of Xionghu Fang. (job) (Entered: 02/09/2026) |
| 02/04/2026 | 1 | RULE 5(c)(3) AFFIDAVIT of Ryan McEnany, being duly sworn, deposes and says that he is a Special Agent with Homeland Security Investigations, from the United States District Court - Middle District of Florida, as to Xionghu Fang. (Signed by Magistrate Judge Robyn F. Tarnofsky on 2/4/2026) (job) (Entered: 02/09/2026) |
| 02/04/2026 | 2 | NOTICE OF ATTORNEY APPEARANCE: Stephen Mullkoff appearing for Xionghu Fang. (job) (Entered: 02/09/2026) |
| 02/04/2026 | 3 | Minute Entry for proceedings held before Magistrate Judge Robyn F. Tarnofsky: Initial Appearance in Rule 5(c)(3) Proceedings as to Xionghu Fang held on 2/4/2026. Detention Hearing as to Xionghu Fang held on 2/4/2026. AUSA Adabelle Ekechukwu present for the Government. Defendant present with attorney Stephen Mullkoff. BAIL DISPOSITION: Detention: Risk of flight/danger. | Speedy trial time excluded until 2/18/2026. | For Rule 5(c)(3) Cases: Identity hearing waived. Defendant to be removed. Control date for removal: 2/9/2026. (job) (Entered: 02/09/2026) |
| 02/04/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Xionghu Fang. Defendant committed to the United States District Court - Middle District of Florida.. The defendant will retain an attorney. (Signed by Magistrate Judge Robyn F. Tarnofsky on 2/4/2026)(job) (Entered: 02/09/2026) |
| 02/04/2026 | 5 | Rule 5(f) ORDER as to Xionghu Fang. (Signed by Magistrate Judge Robyn F. Tarnofsky on 2/4/2026)(job) (Entered: 02/09/2026) |
| 02/09/2026 | | RULE 5(c)(3) DOCUMENTS SENT as to Xionghu Fang from the U.S.D.C. Southern District of New York to the United States District Court - Middle District of Florida. Sent original file along with documents numbered 1-5, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment. Sent via Interdistrict Transfer email. (job) (Entered: 02/09/2026) |