United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.** **NO. 3:26-cr-15-HES-PDB**

**JADEN BULLION**

---

# Clerk's Minutes

| | |
|---|---|
| **Proceeding** | Initial Appearance and Arraignment |
| **Date** | February 12, 2026 |
| **Time** | 3:02–18 p.m. |
| **Judge** | Patricia Barksdale, U.S. Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen |
| **Counsel for United States** | David Mesrobian, Assistant U.S. Attorney |
| **Counsel for Defendant** | James Hill |
| **Pretrial Services Officer** | Daniel Dumpit |
| **Digital/Reporter** | Digital |

Ms. Bullion was arrested on February 12, 2026, on an indictment out of Jacksonville, Florida.

Judge Barksdale advised Ms. Bullion of her right to remain silent.

Judge Barksdale asked Ms. Bullion questions to assess competency.

Mr. Hill waived a formal reading of the indictment.

Mr. Mesrobian summarized the charge and the possible penalties.

Ms. Bullion stated her general understanding of what she is charged with and the penalties if she is convicted.

Judge Barksdale advised Ms. Bullion of her rights, including the right to counsel and the right to self-representation.

Ms. Bullion entered a plea of not guilty to count one of the indictment.

Mr. Hill stated that Ms. Bullion is willing to accept general discovery under the Court's standing discovery order and filed a notice of acceptance of general discovery in open court. Mr. Mesrobian stated that a motion for a protective order is forthcoming and that discovery will be provided by February 18, 2026.

Judge Barksdale ordered the United States to produce *Brady* material and explained the sanctions for failing to do so.

The parties must file any motions by **March 5, 2026**.

The Honorable Harvey Schlesinger will conduct a status conference on **March 25, 2026, at 1:30 p.m.**, and the trial during the **April 6, 2026**, trial term. Judge Barksdale will enter Judge Schlesinger's standing scheduling order.

The parties agreed to provide witness lists and *Jencks* material five calendar days before trial.

Messrs. Mesrobian and Hill agreed they have satisfied the Rule 16.1 requirement to confer.

Mr. Mesrobian had no opposition to Ms. Bullion's release on a personal recognizance bond, and proposed release conditions. Mr. Hill had no opposition to the proposed conditions. Judge Barksdale ordered Ms. Bullion released on a personal recognizance bond and imposed both standard and special release conditions. A written order will follow.