UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                          Case No.:  3:26-cr-00015-HES-PDB

ANNY CHEN,

_____/

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by United States Magistrate Patricia Barksdale (Doc. No. 216), filed June 9, 2026, to which the parties waived the fourteen (14) day objection period, and accepts the Defendant's plea of guilty to Counts One and Three of the Indictment, and the Defendant is adjudged guilty of such offenses.  In accordance with United States v. Hyde, 520 U.S. 670 (1997), the Court defers consideration of accepting the plea agreement until the Pre-Sentence Report is completed.

**SENTENCING** is hereby scheduled for **Wednesday, September 16, 2026, at 10:30 AM,** before the Honorable Harvey E. Schlesinger, United States District Judge, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

- 1 -

IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 32(f)(1), WITHIN 14 DAYS AFTER RECEIVING THE PRESENTENCE REPORT, COUNSEL (OR THE DEFENDANT IF PROCEEDING PRO SE) MUST STATE IN WRITING ANY OBJECTIONS, INCLUDING OBJECTIONS TO MATERIAL INFORMATION, SENTENCING GUIDELINE RANGES, AND POLICY STATEMENTS CONTAINED IN OR OMITTED FROM THE REPORT.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY WRITTEN MATERIAL OTHER THAN THE PRESENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED **NO LATER THAN NOON ON Monday, September 14, 2026.** COUNSEL SHALL NOTIFY THE COURTROOM DEPUTY, AS SOON AS POSSIBLE, IF THEY BELIEVE THE SENTENCING HEARING WILL BE LONGER THAN 45 MINUTES.

DONE AND ORDERED at Jacksonville, Florida, this _15_ day of June 2026.

HARVEY E. SCHLESINGER
United States District Judge

Copy to:    David Mesrobian, Esq.
            Janet Johnson, Esq.
            U.S. Marshal
            U.S. Probation

- 2 -