**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**HONORABLE HARVEY E. SCHLESINGER**

CASE NO. 3:26-cr-15-HES-PDB          DATE:  July 22, 2026

TITLE:        USA v. SHA XIE
TIME:         11:19 a.m. – 11.39 a.m.
TOTAL:        20 minutes

| Courtroom Deputy: S. Woolbright | Court Reporter: Heather Randall |
|---|---|
| Probation: Joshua Blakely | |

| Counsel for Government:    David Mesrobian |
|---|
| Counsel for Defendant:      Caleb Rowland |
| Interpreter:  Catherine Finn, Mandarin Language |

## CLERK'S MINUTES

**PROCEEDINGS OF: SENTENCING**

Interpreter sworn

Defendant adjudged guilty as to Count:  <u>One of the Indictment</u>

Motion for Downward Departure (Dkt. 252) is Granted.

Probation**:  ONE (1) YEAR.**

The defendant shall comply with the mandatory and standard conditions adopted by the court in the Middle District of Florida, as well as the following special conditions:

- If deported by the Bureau of Immigration and Customs Enforcement, you shall not re-enter the United States until allowed to do so legally.

Special Assessment:  **$100** to be paid immediately.

The defendant advised of right to appeal. The defendant shall report immediately to the United States Probation Office for further instructions.

1